1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
      150 South Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5061
7     Facsimile: (408) 535-5081
      joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

**FILED**

SEP - 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 06-70535 PVT
                                     )
15           Plaintiff,              )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING PRELIMINARY
16      v.                           )   HEARING/ARRAIGNMENT AND
                                     )   EXCLUDING TIME FROM RULE 5.1
17  OLIVIA ESCAMILLA,                )   AND THE SPEEDY TRIAL ACT
                                     )   CALCULATION (18 U.S.C.
18           Defendant.              )   § 3161(h)(8)(A))
                                     )
19  _____

20      This matter is scheduled before the Court for a preliminary hearing or arraignment on

21  September 7, 2006 before United States Magistrate Judge Lloyd. The parties now jointly request

22  that this matter be continued in order for the parties to explore a pre-indictment resolution of this

23  case, and for the defense to have an opportunity to receive and review discovery. The parties

24  jointly request a continuance until Thursday, September 28, 2006 before the duty magistrate

25  judge to allow defense counsel the reasonable time necessary to confer with her client and

26  discuss discovery materials in this case in order to effectively prepare, and also to allow the

27  parties to discuss a potential pre-indictment resolution of the case. Undersigned defense counsel

28  has spoken with the defendant, who is currently out of custody. The defendant has indicated to

STIPULATION AND [PROPOSED] ORDER
CR 06-70535 PVT

1  defense counsel that she does not object to the proposed continuance to September 28th.

2  In light of the above, the parties agree, and the Court finds and holds, as follows:

3  1. The preliminary hearing or arraignment in this matter is continued to September 28, 2006 at 9:30 a.m. before the duty magistrate judge on that date.

4  

5  2. Time should be excluded under Rule 5.1 from September 7, 2006 to September 28, 2006 in order to allow defense counsel time to confer with her client and to review the discovery to be produced in this case. The parties agree that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

6  

7  

8  

9  3. The time between September 7, 2006 and September 28, 2006 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A).

16 STIPULATED:

17 DATED: 9/1/06

/s/
CYNTHIA LIE
Attorney for Defendant Escamilla

20 DATED: 9/1/06

/s/
JOSEPH A. FAZIOLI
Assistant United States Attorney

22 IT IS SO ORDERED.
23 DATED: 9/5/06

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 06-70535 PVT